**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**KENDELL CURLES,**

     Plaintiff,

v.                                                                **CASE NO.:**

**FLORIDA DEPARTMENT OF
ENVIRONMENTAL PROTECTION,**

     Defendant.

_____/

## **NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446, the above captioned action is removed by Defendant, Florida Department of Environmental Protection, from the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, to the United States District Court for the Northern District of Florida, by the filing of this Notice of Removal with the Clerk of the United States District Court for the Northern District of Florida.  In support, Defendant states:

1.      On January 1, 2017, Plaintiff commenced this action in the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida, Case No. 2017-CA-000010 (the "State Court Action").  On March 14, 2017, Defendant accepted service of process in the instant suit.  The time with which Defendant is

required by the laws of the United States, 28 U.S.C. § 1446(b), to file this Notice of Removal has not yet expired.

2.      Copies of all process and pleadings served in the State Court Action are attached hereto as composite Exhibit A.  A copy of the written notice, required by 28 U.S.C. § 1446(d), addressed to the adverse party and to the Clerk of Leon County, Florida is attached hereto as Exhibit B and will be filed in the State Court Action and forwarded to Plaintiff upon the filing of this Notice of Removal.

3.      This action is of a civil nature and involves a claim of alleged violation of the Family and Medical Leave Act ("FMLA"), 29 U.S.C. §§2612, 2624.

4.      This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331.  29 U.S.C. §§2612, 2624 confers original jurisdiction upon the district courts of the United States over claims made by employees under the FMLA.  Accordingly, Defendant may remove the State Court Action to this Court pursuant to 28 U.S.C. § 1441(b) because this suit alleges claims or rights arising out of the laws of the United States.  See 29 U.S.C. §§2612, 2624.  Although the state court may have concurrent jurisdiction, Yellow Freight System, Inc. v. Donnelly, 110 S. Ct. 1566, 494 U.S. 820, 108 L. Ed. 834 (1990), Defendant's right of removal remains intact. Chilton v. Savannah Foods & Industries, Inc., 814 F.2d 620, 623 (11th Cir. 1987);

Spencer v. South Florida Water Management Dist., 657 F. Supp. 66, 66-67 (S.D. Fla. 1986).

5.      Accompanying this Notice of Removal are a Civil Cover Sheet and payment of $400.00 to cover filing fees.

6.      Defendant accordingly prays that this Court take jurisdiction of this action to the exclusion of any further proceedings in state court in accordance with law.

> *s/Brian C. Keri*
> BRIAN C. KERI (FBN 0087874)
> P.O. Box 13599
> Tallahassee, Florida 32317-3599
> Telephone: (850) 297-2222
> Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail and electronic service to Marie Mattox, Esquire, 310 East Bradford Road, Tallahassee, Florida 32303 on April 13, 2017.

> *s/Brian C. Keri*
> Brian C. Keri

3